**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**CHARLES CAMERON COHEN,**

   **Plaintiff,**

**v.**         **Case No. 1:18cv87-MW/GRJ**

**DEPARTMENT OF TREASURY,
INTERNAL REVENUE SERVICE,
and JILL ALLEN,**

   **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION</u>**

   This Court has considered, without hearing, the Magistrate Judge's Report and

Recommendation.  ECF No.  4.  Upon consideration, no objections having been filed by

the parties,

   **IT IS ORDERED:**

   The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is

**DISMISSED** for lack of subject matter jurisdiction." The Clerk shall close the file.

   **SO ORDERED on June 8, 2018.**


       <u>**s/ MARK E. WALKER**</u>
       **United States District Judge**